# EXHIBIT 1

# EXHIBIT 1

Case 2:10-cv-00815-LRH-LRL   Document 1-1   Filed 05/28/10   Page 2 of 11

# Nevada Too

## MGM GRAND GARDEN
# AC/DC concerts still explosive

### Band distills sex, violence, volume into primal music

By JASON BRACELIN
LAS VEGAS REVIEW-JOURNAL

**REVIEW**
**Who:** AC/DC
**When:** Friday
**Where:** MGM Grand Garden
**Attendance:** 13,550 (sold out)
**Grade:** A


AC/DC guitarist Angus Young and frontman Brian Johnson perform Friday at the MGM Grand Garden.
DAVID BECKER/LAS VEGAS REVIEW JOURNAL

SLIDE SHOW lvrj.com/multimedia

If chest hair could sing, it would probably sound a lot like the dude up on stage practically perspiring testosterone, his face contorted into a grimace suggestive of gastrointestinal distress.

At a sold-out MGM Grand Garden on Friday night, Brian Johnson whinnied and wailed as if he was singing barefoot from atop a mound of broken glass.

The AC/DC frontman's vocals are to hard rock what glasspacks are to hot rods, amplifying the volume, the menace, the gruff rumble.

In short, it's the perfectly imperfect way to give voice to a band that's just about the purest distillation of the male id imaginable.

Primal as a caveman and as gritty as the dirt beneath their fingernails, AC/DC's catalog is equally well suited for fighting or fornicating, posited on sex, volume, violence and lots more sex.

Seriously, Johnson may as well just stuff a microphone down his pants and let his anatomy do the talkin'.

But then again, it pretty much already does.

"This song is about a dirty, dirty woman," Johnson announced at one point in the two-hour show by way of introducing a yet-to-be-named tune, narrowing the list of candidates down to about, oh, 67 songs or so.

The song in question ended up being "The Jack," a dirty blues shuffle that ended with guitarist Angus Young peeling off his clothes piece by piece, eventually dropping trou and bending over to reveal some AC/DC underpants in what may have been the world's least sexy striptease.

"The Jack" is an encapsulation of this band's roots, as, at heart, AC/DC is a barroom blues band with amps cranked to 11.

They're a larger than life take on the genre, pairing its basic, bare-bones sound with a surfeit of hard rock bombast, catalyzed primarily by Young's kinetic playing, which consists of a lot of trilling (hammering on and pulling off of a note simultaneously) and bending the strings like they were made of wet taffy.

"I swear that he has the devil in his fingers, and the blues in his soul," Johnson said of Young midway through the concert, marveling at his bandmates' fleet finger work.

Young's playing is the basis of a sound that gets hips and fists shaking simultaneously.

Like construction workers' catcalls set to a hard, mean beat, there's nothing subtle about it, and true to form, AC/DC shows burst apart at the seams with lots of over-the-top flourishes.

At the MGM Grand Garden, the stage was dominated by a backdrop of a giant locomotive engine, which emerged in a flash of sparks and smoke at the beginning of a show-opening "Rock and Roll Train."

During "Whole Lotta Rosie," a giant, three-story, blow-up version of the titular character in question slowly inflated, straddling the train of course.

And no AC/DC gig would be complete without the ear-blasting firing of a series of cannons, three on each side of the drum riser, during a climactic "For Those About To Rock."

At their best, AC/DC shows are the musical equivalent of a good action flick. They're pointedly overblown, more than a little ridiculous, not meant to be taken all that seriously and require a real suspension of disbelief.

But for all the dudes in the house high fivin' their buddies and hollerin' along to one classic rock chestnut after the next with beers in both hands, an AC/DC concert is a chance to age in reverse, to go from man to boy for an evening.

And in the heart of most every young male lives a love of explosions and watching stuff get set on fire.

On this night, it was the band in question who provided that spark.

Contact Jason Bracelin at 702-383-0476 or e-mail him at jbracelin@reviewjournal.com.

**reviewjournal.com**



Powered by Clickability

Apr. 10, 2010
Copyright © Las Vegas Review-Journal

## CONCERT REVIEW: Sold-out crowd enjoys a wild ride aboard AC/DC's 'rock and roll' express

By JASON BRACELIN
LAS VEGAS REVIEW-JOURNAL

If chest hair could sing, it would probably sound a lot like the dude up on stage practically perspiring testosterone, his face contorted into a grimace suggestive of gastrointestinal distress.

At a sold-out MGM Grand Garden on Friday night, Brian Johnson whinnied and wailed as if he was singing barefoot from atop a mound of broken glass.

The AC/DC frontman's vocals are to hard rock what glasspacks are to hot rods, amplifying the volume, the menace, the gruff rumble.

In short, it's the perfectly imperfect way to give voice to a band that's just about the purest distillation of the male id imaginable.

Primal as a caveman and as gritty as the dirt beneath their fingernails, AC/DC's catalog is equally well suited for fighting or fornicating, posited on sex, volume, violence and lots more sex.

Seriously, Johnson may as well just stuff a microphone down his pants and let his anatomy do the talkin'.

But then again, it pretty much already does.

"This song is about a dirty, dirty woman," Johnson announced at one point in the two-hour show by way of introducing a yet-to-be-named tune, narrowing the list of candidates down to about, oh, 67 songs or so.

The song in question ended up being "The Jack," a dirty blues shuffle that ended with guitarist Angus Young peeling off his clothes piece by piece, eventually dropping trou and bending over to reveal some AC/DC underpants in what may have been the world's least sexy striptease.

"The Jack" is an encapsulation of this band's roots, as, at heart, AC/DC is a barroom blues band with amps cranked to 11.

They're a larger than life take on the genre, pairing its basic, bare-bones sound with a surfeit of hard rock bombast, catalyzed primarily by Young's kinetic playing, which consists of a lot of trilling (hammering on and pulling off of a note simultaneously) and bending the strings like they were made of wet taffy.

"I swear that he has the devil in his fingers, and the blues in his soul," Johnson said of Young midway through the concert, marveling at his bandmates' fleet finger work.

Young's playing is the basis of a sound that gets hips and fists shaking simultaneously.

Like construction workers' catcalls set to a hard, mean beat, there's nothing subtle about it, and true to form, AC/DC shows burst apart at the seams with lots of over-the-top flourishes.

At the MGM Grand Garden, the stage was dominated by a backdrop of a giant locomotive engine, which emerged in a flash of sparks and smoke at the beginning of a show-opening "Rock and Roll Train."

During "Whole Lotta Rosie," a giant, three-story, blow-up version of the titular character in question slowly inflated, straddling the train of course.

And no AC/DC gig would be complete without the ear-blasting firing of a series of cannons, three on each side of the drum riser, during a climactic "For Those About To Rock."

At their best, AC/DC shows are the musical equivalent of a good action flick. They're pointedly overblown, more than a little ridiculous, not meant to be taken all that seriously and require a real suspension of disbelief.

But for all the dudes in the house high fivin' their buddies and hollerin' along to one classic rock chestnut after the next with beers in both hands, an AC/DC concert is a chance to age in reverse, to go from man to boy for an evening.

And in the heart of most every young male lives a love of explosions and watching stuff get set on fire.

On this night, it was the band in question who provided that spark.

Contact Jason Bracelin at 702-383-0476 or e-mail him at jbracelin@reviewjournal.com.

**Find this article at:**
http://www.lvrj.com/news/sold-out-crowd-enjoys-a-wild-ride-aboard-ac-dc-s--rock-and-roll--express-90545054.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



acdc-bootlegs.com

| Home | Concert History | BOTM | Forum | News | Links | Give-Away | Cover Art |

## News

View Recent News Items | Archives | Post News Item

**MEMBERS**
Sign In
--|--
Sign Up

**ADVERTISEMENTS**



**Iron Man 2 Deluxe CD/DVD Package**
Pick up the soundtrack with an extra DVD and 32 page booklet today! Available April 19th!

This section is for gather all tidbits of news that includes AC/DC, the members of, or music in general. Please feel free to post items whenever you can, but please give credit where credit is due by posting the source of the information when available. All news items will be approved before they appear on the site; members that repeatedly post bad news items will be banned from the site.

### AC/DC Scores Big with Iron Man 2 Soundtrack
Posted by **BigNate** on **Friday, April 23rd, 2010 at 7:54 am EDT**
Source: **Gibson**



Featuring 15 classics from AC/DC's catalog, including "Shoot to Thrill," "Back in Black," "Have a Drink on Me" and "Highway to Hell," the band culled material the soundtrack from ten studio albums released between 1976 and 2008. Produced by Marvel Studios and directed by Jon Favreau, who also helmed the 2008 *Iron Man* blockbuster, *Iron Man 2* reunites Tony Stark (Robe ...

**Read More »**

### Concert Review: Crowd revels in AC/DC and over-the-top show
Posted by **BigNate** on **Sunday, April 18th, 2010 at 7:10 am EDT**
Source: **Des Moines Register**



(+) VIEW LARGER IMAGE

There are certain things you expect from AC/DC. Subtlety and restraint are not among them. Driving guitars, pumping fists and things like a giant inflatable woman straddling a train are more up their alley.

The Australian rockers delivered in spades Saturday night, thoroughly rocking the sold-out crowd of more than 15,000.

The beginning of the show was a literal train wreck, with pretty impressive animation of scantily clad women derailing a locomotive with some imagery that can only be described as single-entendres. Then the screen split apart and a nearly full-size train engine emerged, firing flames as band members came out playing "Rock N' Roll Train" off their latest album, "Black Ice."

Case 2:10-cv-00815-LRH-LRL Document 1-1 Filed 05/28/10 Page 7 of 11

**We Have AC/DC Tickets**
Sold out? I don't think so. We'll shake you All. Night. Long!
StubHub.com

**Concert Event Security**
Security Guards & Patrol Services Unparalleled Service. Visit Now!
www.TritonSecurityInc.ne

**Watch AC/DC Videos. Free**
Free Access to your Favorite Videos Free With The Video Toolbar
MusicVideos.alot.com

**Dr Pepper® & Iron Man 2**
You could win an Unrivaled LG® Multimedia Laboratory. Enter now!
DrPepper.com/IronMan2

AC/DC's career spans more than 30 years, and the fact that new tunes can blend in with their classic tracks while simultaneously winning over a crowd are a testament to the ba ...

**Read More »**

## With cannons and a train, AC/DC salutes Bradley Center crowd
Posted by **BigNate** on **Friday, April 16th, 2010 at 7:51 pm EDT**
Source: **Milwaukee Journal-Sentinel**

By the time the row of cannons fired over the enthusiastic AC/DC fans Thursday night at the Bradley Center, frontman Brian Johnson had already swung above the stage from an oversize bell, an enormous inflatable woman ("Whole Lotta Rosie") had danced over the band, and a full-sized locomotive had opened the show by crashing onto the stage.

To say that the Australian band's hit-filled show was an over-the-top spectacle would be an understatement. Yet beneath the bravado, pyrotechnics and props was a group that can still put on a timeless rock 'n' roll show.

Decked out in his trademark schoolboy outfit, lead guitarist Angus Young ran onto the stage at the opening chords of "Rock 'N' Roll Train," and he didn't stop moving until the last notes of the two-hour show. A manic ball of energy with enormous talent, the 55-year-old guitarist never lost focus on his fretwork as he skipped to the front of the stage's extended catwalk, bending strings and kickin ...

**Read More »**

## AC/DC still rocks with electricity
Posted by **BigNate** on **Wednesday, April 14th, 2010 at 9:45 am EDT**
Source: **courier-journal.com**

As AC/DC launched into an indescribably perfect "Hell's Bells" on Tuesday night at Freedom Hall, Angus Young was stripped to his shorts and Brian Johnson was swinging on a rope dangling from an enormous bell.

The song was throbbing, like a pulse jacked with adrenaline, and AC/DC was proving again that it's a band untouched by time.

It could have been 1980, or 1975, or 2025. The only thing that mattered was that moment, and in that moment AC/DC delivered with a thunderous downstroke and a massive Malcomb Young riff. When people talk about rock 'n' roll that's ageless, this is what they mean.

For two hou ...

**Read More »**

## Review: AC/DC
Posted by **BigNate** on **Tuesday, April 13th, 2010 at 6:51 am EDT**
Source: **The Kansas City Star**


(+) VIEW LARGER IMAGE

When a concert gets postponed, it's typically a nuisance at least, bad news at worst. But when AC/DC postponed its late-October show at Sprint Center to mid-April, it turned out to be a small blessing, at least for anyone who also went to its S ...

**Read More »**

## CONCERT REVIEW: Sold-out crowd enjoys a wild ride aboard AC/DC's 'rock and roll' express
Posted by **BigNate** on **Sunday, April 11th, 2010 at 6:03 am EDT**
Source: **Las Vegas Review-Journal**


(+) VIEW LARGER IMAGE

If chest hair could sing, it would probably sound a lot like the dude up on stage practically perspiring testosterone, his face contorted into a grimace suggestive of gastrointestinal distress.

At a sold-out MGM Grand Garden on Friday night, Brian Johnson whinnied and wailed as if he was singing barefoot from atop a mound of broken glass.

The AC/DC frontman's vocals are to hard rock what glasspacks are to hot rods, amplifying the volume, the menace, the gruff rumble.

In short, it's the perfectly imperfect way to give voice to a band that's just about the purest distillation of the male id imaginable.

Primal as a caveman and as gritty as the dirt beneath their fingernails, AC/DC's catalog is equally well suited for fighting or fornicating, posited on sex, volume, violence and lots more sex.

Seriously, Johnson may as w ...

Case 2:10-cv-00815-LRH-LRL Document 1-1 Filed 05/28/10 Page 8 of 11

Read More »

### AC/DC Iron Man 2 Movie Premiere Sweepstakes
Posted by **BigNate** on **Saturday, April 10th, 2010 at 4:45 am EDT**
Source: **AC/DC on MySpace**

U.S. Fans: Enter the AC/DC Iron Man 2 Movie Sweepstakes for a chance to win a trip to attend the Iron Man 2 premiere in Los Angeles on May 4th by clicking here! Five runner-up winners will also receive two VIP tickets to an advance screening in their nearest local market.

### THE LAST VEGAS TO OPEN FOR AC/DC IN DES MOINES, IA
Posted by **BigNate** on **Friday, April 9th, 2010 at 7:32 am EDT**
Source: **Road Crew Magazine**

Chicago glam rockers The Last Vegas have been selected to open for AC/DC at the Wells Fargo Arena in Des Moines, IA on April 17. Dubbed the "Best Discovery" by SPIN and armed with the iTunes critics pick for the Best Single of 2009 (Rock), "I'm Bad," The Last Vegas have quickly built an impressive touring history throughout arenas, clubs and theaters in, which includes Mötley Crüe, Buckcherry, Hinder, Theory of a Deadman, Papa Roach, Smile Empty Soul and AC/DC ...

Read More »

### AC/DC bassist Cliff Williams buys Al Hoffman's home
Posted by **BigNate** on **Wednesday, April 7th, 2010 at 2:07 pm EDT**
Source: **news-press.com**

WCI Communities founder Al Hoffman has sold his Gulf Harbour home in south Fort Myers to Cliff Williams, bass player for the rock group AC/DC, for $5.12 million, according to Lee County court records.

Hoffman originally had asked $17 million for the 13,000-square foot house on 1.8 acres when he put it up for sale five years ago when he was appointed ambassador to Portugal.

But he gradually reduced the price as Lee County's residential real estate market collapsed.

An auction was scheduled for March 13 to sell the house to the highest bidder no matter what the amount bid. But the night before the auction, it was canceled so Hoffman's representatives could negotiate directly with buyers.

Williams and his wife, Georganne, already own a ...

Read More »

(+) VIEW LARGER IMAGE

### AC/DC Gearing up for Iron Man 2 Release
Posted by **BigNate** on **Tuesday, April 6th, 2010 at 7:19 am EDT**
Source: **Gibson**

AC/DC is gearing up for the April 20 release of *Iron Man 2*, **an album that doubles as a soundt ...**

**Read More »**

**View Past More Articles in the Archives**



Home | Concert History | BOTM | Forum | News | Links | Downloads | Trading

© 2003-2010 acdc-bootlegs.com

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:          Text

Registration Number / Date:
                       TX0007145865 / 2010-05-26

Application Title: AC/DC concerts still explosive.

Title:                 AC/DC concerts still explosive.

Appears in:            Las Vega Review-Journal

Description:           Electronic file (eService)

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                       2010-04-10

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                          States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:        C.O. correspondence.

Names:                 Stephens Media LLC
                       Righthaven LLC
```

=============================================================================